No. 5,406.—STATE, RESPONDENT, *v.* SIM STEWART, APPELLANT.

*Appeal from District Court, Hill County.*

Decided March 24, 1924.

PER CURIAM.—The motion of the state to dismiss the appeal herein on the ground that appellant had failed to file a brief within the time required by law and the rules of this court, is granted and the appeal is dismissed.

*Mr. Wellington D. Rankin,* Attorney General, for the State.

---

No. 5,509.—STATE EX REL. JAMES PATERSON, RELATOR, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for writ of supervisory control directed to the District Court of Yellowstone County, and George A. Horkan, Judge presiding, requiring said judge to assume jurisdiction of the matter of *In re Estate of Rachel Stephenson, Deceased,* in accordance with a stipulation of counsel for the respective parties thereto.

Decided March 29, 1924.

PER CURIAM.—Relator's application for writ of supervisory control herein is denied.

*Mr. W. R. Swank,* for Relator.